IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

VS.

NO.  7:22-CR-00039-001 (HL)

KENNETH WILSON

---

### ORDER

The within and foregoing PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE, having been considered by the Court, is ORDERED filed.  It is further ORDERED AND DIRECTED that:

☐ the Clerk shall issue a SUMMONS directing the defendant to appear before the Court and answer said allegations.
-or-

☑ the Clerk shall issue a BENCH WARRANT directing that the defendant be brought before the Court to answer said allegations.

SO ORDERED AND DIRECTED, this _10th_ day of _January_, 20_23_.

_____
THOMAS Q. LANGSTAFF
U.S. MAGISTRATE JUDGE