USPO/MDGA
Sep 2017
TAP 13

United States District Court
Middle District of Georgia

FILED 25 03 03 AM09:23 MDGA-ALB

# ORDER TO DESTROY AND RECORD OF DESTRUCTION OF RELINQUISHED, ABANDONED, OR UNCLAIMED MERCHANDISE

| Name of Offender: Kenneth Wilson | Case Number: 7:22CR00039 |
|---|---|

| Control Number | Quantity | Description of Merchandise |
|---|---|---|
| W-8244893-20250130-1 | 1 | Nokia Flip Phone |
| W-8244893-20250130-2 | 1 | T-Mobile Phone |

**Reason For Request:** Kenneth Wilson requested and was given permission to obtain a new cell phone to comply with TAP Level 3 restrictions. He has relinquished possession of the item listed above to remain in compliance with his conditions. Wilson has requested the U.S. Probation Office dispose of merchandise listed above to remain in compliance with the conditions ordered by the Court.

**Method of Destruction:** The U.S. Probation Office will utilize a commercial secure hard drive destruction company for all merchandise listed above.

I declare under penalty of perjury that the foregoing is true and correct.

_Clayton Hester_   2-3-2025
Clayton B. Hester                Date
Special Offender Specialist

## ORDER TO DESTROY

For good and sufficient cause shown to the court, the above noted items are to be destroyed by the United States Probation Office.

_Leslie Abrams Gardner_   2/28/2025
United States District Judge    Date

USPO/MDGA
Sep 2017
TAP 14

United States District Court
Middle District of Georgia



| NOTICE OF ABANDONMENT AND CONSENT TO RELINQUISH PROHIBITED OR SEIZED PROPERTY |||
|---|---|---|
| Name of Offender: Kenneth Wilson || Case Number: 7:22CR00039 |
| **Control Number** | **Quantity** | **Description of Merchandise** |
| W-8244893-20250130-1 | 1 | Nokia Flip Phone |
| W-8244893-20250130-2 | 1 | T-mobile phone |

I attest that I am the rightful owner of the property listed above. I hereby abandon all claims to the above-described items and waive any further rights or proceedings relative to these articles. I consent to the destruction of this property in a manner consistent with the policies and procedures of the U.S. Probation Office. I understand I am not obligated to relinquish this property and do so voluntarily.

_____    1-30-25
Owner                       Date

_____    1-30-2025
U.S. Probation Officer      Date